1

2

3

4

5

6

7

8

9

10               UNITED STATES DISTRICT COURT

11                    DISTRICT OF NEVADA

12   KAREN SERCU, individually and
     DANA SERCU, individually, and as
     Husband and Wife                         3:09-cv-00619-LRH-RAM
13              Plaintiffs,

14       v.                              ***EX PARTE* MOTION FOR ORDER**
                                              **SHORTENING TIME**
15                                              **AND ORDER**
     LABORATORY CORPORATION OF
16   AMERICA dba LabCorp or LabCorp of
     Nevada and DOES 1-10,
17              Defendants.
     _____/

18

19       Less than 60 days before trial, defendant, LabCorp removed this action to the

20   Federal Court for the second time. The historic facts pertaining to the first removal and

21   the intervening events, are set forth in Plaintiffs' Second Motion for Remand and Motion

22   for Sanctions, filed October 14, 2009.

23       This *ex parte* motion requests the Court shorten the time for defendant, LabCorp

24   to oppose plaintiffs' second Motion for Remand. Prior to filing this *ex parte* motion, the

25   undersigned communicated with counsel for the defendant inquiring of LabCorp's

26   position to stipulate to a shortened response time. LabCorp refused to stipulate.

27                                      1

28

Law Offices of
Curtis B. Coulter
403 Hill Street
Reno, NV 89501
(775) 324-3380
FAX (775) 324-3381

**Exhibit 1.**

The undersigned believes there is a good cause for their present *ex parte* Motion for Shortening Time.  This matter was removed by the defendant for the second time shortly before the State Court trial scheduled for December 7, 2009 was to occur.  It was removed one day prior to a hearing set by the State Court trial judge when it is anticipated the court would inquire about critical evidence withheld by LabCorp, LabCorp's failure to produce a 30(b)(6) witness and otherwise conclude all pretrial matters.  Also the defendant  inquired if the plaintiffs would consent to a continuance. On each occasion LabCorp was told plaintiffs would not consent to a continuance.

**Exhibit 2.**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Law Offices of
Curtis B. Coulter
403 Hill Street
Reno, NV 89501
(775) 324-3380
FAX (775) 324-3381

2

1    Counsel for the plaintiffs respectfully request this Court order LabCorp to file and

2    serve its opposition to Plaintiffs' Emergency Second Motion for Remand and Motion for

3    Sanctions no later than 3 days after receipt of this Order, and order plaintiffs to file and

4    serve their reply one day after service of LabCorp's opposition.

5    RESPECTFULLY SUBMITTED.

6    DATED: This ___ day of October 2009.

7                                                        CURTIS B. COULTER, ESQ.
                                                         Nevada State Bar: #3034
8                                                        403 Hill Street
                                                         Reno, Nevada 89501
9                                                        P: 775 324 3380
                                                         F: 775 324 3381

10
                                                         MATTHEW L. SHARP, ESQ.
11                                                       Nevada State Bar: #4746
                                                         Matthew L. Sharp Ltd.
12                                                       419 Flint St.
                                                         Reno, NV 89501
13                                                       P: 775 324 1500
                                                         F: 775 323 6249
14

15

16

17

18                          IT IS SO ORDERED:

19

20

21

22                          _____

23                          LARRY R. HICKS
                            UNITED STATES DISTRICT JUDGE
24
                            DATED:  October 20, 2009
25

26

27                                       3

28

Law Offices of
Curtis B. Coulter
403 Hill Street
Reno, NV 89501
(775) 324-3380
FAX (775) 324-3381

1

## INDEX OF EXHIBIT

2

3    Exhibit 1        Emails dated October 14, 2009        2 pages

4    Exhibit 2        Email dated August 24, 2009        1 page

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**Law Offices of
Curtis B. Coulter** 25
**403 Hill Street
Reno, NV 89501** 26
**(775) 324-3380
FAX (775) 324-3381**
27

28

# EXHIBIT 1

# EXHIBIT 1

## Curtis Coulter

**From:** Curtis Coulter [CCoulter@coulterlaw.net]

**Sent:** Wednesday, October 14, 2009 4:07 PM

**To:** 'Fears, Chad'

**Cc:** 'Matthew Sharp'

**Subject:** Sercu

Chad, I am writing to confirm that you are not able to agree to a shortened time for LabCorp to respond. You will check with Kelly Evans and let me know if he is able to consent. Thank you for that effort.

In regard to the freeze logs, you informed me that you do not know if LabCorp will voluntarily produce the logs. You suggested I file a formal request for production to obtain the logs.

If my understanding of our conversation is incorrect please inform me promptly.

Curtis B. Coulter
Law Offices of Curtis B. Coulter, P.C.
403 Hill Street,
Reno, Nevada 89501
T: (775) 324.3380
F: (775) 324.3381
Email: ccoulter@coulterlaw.net

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

## Curtis Coulter

**From:** Curtis Coulter [CCoulter@coulterlaw.net]

**Sent:** Wednesday, October 14, 2009 4:38 PM

**To:** Evans, Kelly

**Cc:** 'Matthew Sharp'; 'Fears, Chad'

**Subject:** Sercu

Kelly,
I am writing to confirm that you will not stipulate to shortened time for Labcorp to oppose our second motion for remand and sanctions. If I am mistaken please inform me.
Thank you.

Curtis B. Coulter
Law Offices of Curtis B. Coulter, P.C.
403 Hill Street,
Reno, Nevada 89501
T: (775) 324.3380
F: (775) 324.3381
Email: ccoulter@coulterlaw.net

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

# EXHIBIT 2

# EXHIBIT 2

**From:** Curtis Coulter [mailto:CCoulter@coulterlaw.net]
**Sent:** Monday, August 24, 2009 3:27 PM
**To:** Fears, Chad
**Cc:** 'Matthew Sharp'
**Subject:** RE: Sercu Mediation

How much time will we have left after the mediation? We will work with you to get discovery finished. I will do depos at night and on weekends if necessary. But, as I have said before our client has told us she will not agree to continue the trial. Chad, I understand and get along well with Mrs. Sercu. She is very nice but wants closure of this issue. I guess having daily bowel seepage has made her a bit irritable.