UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KAREN SERCU, individually, and DANA SERCU, individually, and as Husband and Wife, | ) ) ) ) | CASE NO. 3:09-cv-619-LRH(RAM) |
| Plaintiff, | ) ) ) | ORDER |
| vs. | ) ) ) | |
| LABORATORY CORPORATION OF, AMERICA, dba LabCorp or LabCorp of Nevada, and DOES 1-10, | ) ) ) ) | |
| Defendant. | ) ) | |

This case is currently scheduled for trial on the stacked calendar of March 13, 2012.

IT IS ORDERED that this case is referred to The Honorable Robert A. McQuaid, Jr. for the purpose of conducting a settlement conference.

DATED this 16 day of May, 2011.

LARRY R. HICKS
U.S. DISTRICT JUDGE